**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604



**THOMAS G. BRUTON**
**CLERK**

OFFICE OF THE CLERK

Hussein,

v.

Conabul, LLC et, al,

Case No.: 14cv5735

'15 MC 1107

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

**I, Thomas G. Bruton**, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 7/6/2015, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

**IN** TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on **August** 25, 2015.

Thomas G. Bruton
Court Administrator

By: Daphne Collins
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY (Rev. 7/2013)

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF:**

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on  8-25-15 .

THOMAS G. BRUTON, CLERK

By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| YAZAN HUSSEIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COINABUL, LLC, a Wyoming limited liability company, and JASON SHORE, an individual,<br><br>*Defendants.* | Case No. 1:14-cv-05735  '15 MC 1107<br><br>Judge James B. Zagel<br><br>Magistrate Judge Maria Valdez |

## ORDER OF DEFAULT JUDGMENT

Defendants Coinabul, LLC and Jason Shore, having failed to appear, plead, or otherwise defend in this action, and default having been entered on May 6, 2015, and counsel for Plaintiff Yazan Hussein having requested judgment against the defaulted defendants and having filed a proper declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintiff Yazan Hussein against Defendants Coinabul, LLC and Jason Shore, jointly and severally, in the amount of **$1,557,247.82** in damages and **$816.00** in costs.

**IT IS SO ORDERED.**

Dated: 7/6/2015

*/s/ James B. Zagel*

HONORABLE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

1