Ronald Marron
ron@consumersadvocates.com
LAW OFFICE OF RONALD MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Alicia E. Hwang (Admitted *Pro Hac Vice*)
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZAN HUSSEIN,<br><br>   *Plaintiff,*<br><br> v.<br><br>COINABUL, LLC, a Wyoming limited liability company, and JASON SHORE, an individual,<br><br>   *Defendants*. | Case No. 3:15-mc-01107<br><br>**PRAECIPE** |

**TO THE CLERK:**

  Please issue Abstract of Judgment.

**PARTY NAMED ON THE ABSTRACT OF JUDGMENT:**

  YAZAN HUSSEIN, JUDGMENT CREDITOR

  JASON SHORE, JUDGMENT DEBTOR

  COINABUL, LLC, JUDGMENT DEBTOR

Respectfully submitted,

Dated: December 31, 2015

**YAZAN HUSSEIN**,

By: <u>Alicia E. Hwang</u>
One of Plaintiff's Attorneys

Alicia E. Hwang (Admitted *Pro Hac Vice*)
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
Fax: 312.589.6378

Ronald Marron
ron@consumersadvocates.com
LAW OFFICE OF RONALD MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Alicia Hwang, hereby certify that on December 31, 2015, I served the above and foregoing *Praecipe* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 31st day of December 2015.

/s/ Alicia E. Hwang
Alicia E. Hwang
