1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

YAZAN HUSSEIN,

                *Plaintiff,*

     v.

COINABUL, LLC, a Wyoming limited
liability company, and JASON SHORE, an
individual,

                *Defendants*.

Case No. 3:15-mc-01107

**ORDER FOR THE APPEARANCE AND
EXAMINATION OF JUDGEMENT
DEBTOR JASON SHORE**

This matter coming before the Court on Plaintiff's Request for Order of Appearance and

Examination of Judgment Debtor, due and adequate notice having been given, and the Court being

duly advised on the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

     1.     Judgment Debtor Jason Shore shall appear personally, both in his individual

capacity and as the person must knowledgeable about Judgment Debtor Coinabul, LLC, on March

16, 2016 at 10:00 a.m. at the Edward J. Schwartz U.S. Courthouse located at 221 West Broadway,

San Diego, California 92101, to furnish information to aid in enforcement of a money judgment

entered against him and Coinabul, LLC, and by answering questions about the real and personal

property owned by him and/or Coinabul, LLC; and

1    2.    Judgment Creditor Yazan Hussein must serve this order upon Judgment Debtor

2  Jason Shore personally not less than 10 days before the date set for the examination and must file a

3  certificate of such service with the Court.

4    **NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME**

5  **AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND**

6  **PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN**

7  **ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES**

8  **INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

9
    **IT IS SO ORDERED.**

10

11  Dated:  January 25, 2016

12

13                    Hon. Nita L. Stormes
                      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Order for Appearance and**                    2                    **Case No. 3:15-mc-01107**
**Examination of Judgment Debtor**