| Attorney or Party without Attorney: <br> EDELSON LLC <br> 350 NORTH LASALLE <br> SUITE 1300 <br> CHICAGO, IL 60654 <br> Telephone No: 312-589-6370    FAX No: 312-589-6378 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: YAZAN HUSSEIN
Defendant: COINABUL, LLC

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:15-MC-01107 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER FOR THE APPEARANCE AND EXAMINATION OF JUDGEMENT DEBTOR JASON SHORE.

3. a. Party served:          JASON SHORE
   b. Person served:         CAUCASIAN MALE, 5'10", 165 POUNDS, LATE 20'S - EARLY 30'S, BROWN HAIR, HAZEL EYES.

4. Address where the party was served:   2947 UNICORNIO STREET
                                         APARTMENT F
                                         CARLSBAD, CA 92009

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 01, 2016 (2) at: 6:42PM

7. *Person Who Served Papers:*
   a. CAROLYN BROOKS

   First Legal
   1111 6th Avenue, Ste. 204
   San Diego, CA 92101
   Telephone  (619) 231-9111
   Fax        (619) 231-1361
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2226
      (iii) County:              San Diego
      (iv)  Expiration Date:     Mon, Jan. 15, 2018

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Mar. 01, 2016

                                                      *Carolyn Brooks*
   Judicial Council Form                PROOF OF SERVICE    (CAROLYN BROOKS)
   Rule 2.150.(a)&(b) Rev January 1, 2007                   247801   .edell.782476

| Attorney or Party without Attorney:<br>EDELSON LLC<br>350 NORTH LASALLE<br>SUITE 1300<br>CHICAGO, IL 60654 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 312-589-6370    FAX: No: 312-589-6378 | | | | | |
| Attorney for: Plaintiff | | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | | |
| Plaintiff: YAZAN HUSSEIN | | | | | |
| Defendant: COINABUL, LLC | | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>3:15-MC-01107 |

1. I, CAROLYN BROOKS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JASON SHORE as follows:

2. Documents:   ORDER FOR THE APPEARANCE AND EXAMINATION OF JUDGEMENT DEBTOR JASON SHORE.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 03/01/16 | 6:42pm | Home | MALE SUBJECT ANSWERED THE DOOR UPON ARRIVAL. REQUESTED TO SPEAK TO JASON SHORE AND ASKED IF HE WAS THE SUBJECT IN QUESTION. MALE OCCUPANT THEN SLAMMED THE DOOR. SERVICE WAS ANNOUNCED AND DOCUMENTS WERE LEFT AT THE DOOR. SUBJECT SERVED IS A CAUCASIAN MALE, 5'10", 165 POUNDS, LATE 20'S - EARLY 30'S, BROWN HAIR, HAZEL EYES. Attempt made by: CAROLYN BROOKS, Registration #2226 San Diego County. Attempt at: 2947 UNICORNIO STREET APARTMENT F CARLSBAD, CA 92009. |
| Tue | 03/01/16 | 6:42pm | Home | Personal Service on: JASON SHORE Home - 2947 UNICORNIO STREET APARTMENT F CARLSBAD, CA 92009 by Serving: CAUCASIAN MALE, 5'10", 165 POUNDS, LATE 20'S - EARLY 30'S, BROWN HAIR, HAZEL EYES.. Served by: CAROLYN BROOKS |

3. Person Executing
   a. CAROLYN BROOKS
   b. FIRST LEGAL SUPPORT SERVICES
      1111 6TH AVENUE
      STE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   2226
      (iii) County:   San Diego
      (iv) Expiration Date:   Mon, Jan. 15, 2018

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Mar. 01, 2016

*Carolyn Brooks*

AFFIDAVIT OF DUE DILIGENCE    (CAROLYN BROOKS)

247801.edell.782476